IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Case No. 14-cv-0609-MJR-PMF |
| ) | |
| $14,076 IN U.S. CURRENCY and ) | |
| $10,961 IN U.S. CURRENCY, ) | |
| ) | |
| Defendants. ) | |

MEMORANDUM AND ORDER
REGARDING STATUS OF CASE

REAGAN, District Judge:

The United States of America (the Government) filed this civil *in rem* action seeking the forfeiture of property (U.S. currency) pursuant to 21 U.S.C. 881(a)(6). The complaints contains two counts. Count 1 is directed against $14,076 seized on September 23, 2013 during a traffic stop on Interstate 64 within this Judicial District. Count 2 is directed against $10,961 seized during the September 23, 2013 traffic stop.

The Government contends that the currency constitutes money furnished or intended to be furnished by a person in exchange for a controlled substance, proceeds traceable to such an exchange, or money used to facilitate a violation of 21 U.S.C. 801, and therefore subject to forfeiture under 21 U.S.C. 881(a)(6). The Court enjoys subject matter jurisdiction via 28 U.S.C. 1345 (United States as plaintiff) and 1355 (forfeiture proceedings).

The verified complaint for forfeiture was filed May 27, 2014.  On June 16, 2014, the Government gave direct notice of the proceeding to several potential claimants -- three individuals and an attorney (see Doc. 4), alerting them that if they assert any interest in the Defendants/currency, they must file a claim no later than July 28, 2014 and an answer no later than 20 days thereafter.   The July 28, 2014 deadline elapsed over six weeks ago. No claim or answer was filed, and no party moved for an extension of the deadline.  Accordingly, the Court **DIRECTS** the Government to file either a status report regarding the case or an appropriate motion by **October 28, 2014.**

IT IS SO ORDERED.

DATED September 10, 2014.

s/ Michael J. Reagan
Michael J. Reagan
United States District Judge

2